## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### *In Admiralty*

| | |
|---|---|
| **JOHN W. STONE OIL DISTRIBUTOR, LLC,**<br>          **Plaintiff,**<br><br>**vs.**<br><br>**SO Trading, LLC d/b/a Source Oil Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply,**<br>               **Defendants,**<br><br>**AND**<br><br>**Bank of America,**<br>          **Garnishee.** | **CIVIL ACTION NO:** |

## <u>VERIFIED COMPLAINT IN ADMIRALTY FOR RULE B ATTACHMENT</u>

Plaintiff, John W. Stone Oil Distributor, LLC ("Plaintiff" or "John W. Stone Oil"), files its Verified Complaint, against Defendants, SO Trading, LLC d/b/a Source Oil Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply (collectively, "Source Oil"), and Garnishee, Bank of America Corporation ("Bank of America"), as follows:

## PARTIES, JURISDICTION AND VENUE

**1.**

This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

**2.**

This is an action brought procedurally under Admiralty Supplemental Rule B for the specific purpose of security by way of attachment for the Defendant's breach of a maritime contract by serving and attaching Defendants' property that is present within this District as the Defendants cannot be found within this District.

**3.**

John W. Stone Oil Distributor, LLC is a limited liability company organized under the laws of the State of Louisiana with an office at 1601 Belle Chasse Highway, Gretna, Louisiana 70056.

**4.**

SO Trading, LLC d/b/a Source Oil Trading, LLC, is a foreign limited liability company organized and existing under the laws of the State of Texas with its principal pace of business located at 1700 Post Oak Boulevard, Suite 310,

Houston, Texas 78401. Defendant, SO Trading, LLC d/b/a Source Oil Trading, LLC, does not maintain an office within the U.S. Middle District of Florida.

**5.**

TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply is a foreign limited liability company organized and existing under the laws of the State of Texas with its principal pace of business located at 952 Echo Lane, Suite 324, Houston, Texas 77024. Defendant, TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply, does not maintain an office within the U.S. Middle District of Florida.

**6.**

Neither defendant has a registered agent for service of process within the U.S. Middle District of Florida.

**7.**

Source Oil maintains a bank account with garnishee, Bank of America, bearing Account No. #######5029, Routing No. 063100277, in the name of SO Trading, LLC d/b/a Source Oil Trading, LLC ("the Account").

**8.**

On September 17, 2021, Stone Oil filed a Verified Complaint in Admiralty against Source Oil in the United States District Court for the Eastern District of Louisiana, captioned "*John W. Stone Oil Distributor, LLC v. SO Trading, LLC d/b/a*

*Source Oil Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply*", and bearing docket no. 2:21-cv-01712. *See* Verified Complaint in Admiralty, attached hereto as Exhibit "A."  On November 9, 2021, Stone Oil filed its Verified First Amended Complaint in Admiralty against Source Oil. *See* Verified First Amended Complaint in Admiralty, attached as Exhibit "B". Stone Oil's proceeding against Source Oil remains pending before the Honorable Jane Triche Milazzo in the Eastern District of Louisiana.

**9.**

As will be further stated herein, Stone Oil entered into a maritime contract with the Defendants for the purchase and supply of marine diesel fuel to Stone Oil and its Barge S-29.

**10.**

This is an action praying for immediate process to attach and serve the *in personam* Defendants, Source Oil's,  property under Supplemental Rule B of Admiralty, to wit: the property of the Defendants, the Account, because the Defendants cannot be found in this District as the Defendants are located in Houston, Texas, outside of the District; the act of serving the Garnishee, Bank of America, under Supplemental Rule B is to confer jurisdiction on the Court and to obtain security for the claim pending in the U.S. Eastern District of Louisiana.

**11.**

Venue is proper in this District as property owned by Source Oil is located within this District, which Plaintiff seeks to attach pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

## SUBSTANTIVE CLAIMS

**12.**

This is an action to obtain jurisdiction over defendants, Source Oil, and security for Stone Oil's claims that arise out of breaches of a maritime contract for the purchase and delivery of diesel fuel to Stone Oil and its Barge S-29 upon the navigable waters of the Mississippi River.

**13.**

Stone Oil is a fuel supplier that provides fuels, lubricants and other petroleum products to the maritime, oil and gas and other industries along the Mississippi River and throughout the Gulf Coast. Stone Oil is headquartered in Gretna, Louisiana, along the Mississippi River, where it stores, processes and transfers fuel and lubricant products. Stone Oil has fuel docks where vessels obtain fuel along the Mississippi River as well as in numerous other locations such as Venice, Louisiana and Port Fourchon, Louisiana.

**14.**

On August 29, 2021, Hurricane Ida made landfall on the coast of Louisiana as a Category 4 hurricane. The eye of Hurricane Ida passed directly over Stone Oil's fuel dock in Port Fourchon, Louisiana. The storm continued inland, passing over the River Parishes of Louisiana. Hurricane Ida ultimately caused damage and destruction, including wide-spread power outages, throughout Southeast Louisiana, including up and down the Mississippi River, the Gulf Coast, and throughout the River Parishes and the metropolitan New Orleans area.

**15.**

Stone Oil typically satisfies its fuel needs by purchasing fuel from various suppliers with whom Stone Oil has Fuel Services Agreements and established relationships. However, in the immediate aftermath of Hurricane Ida, Stone Oil's typical fuel suppliers were unable to fulfill Stone Oil's orders due to the widespread damages to the region caused by Hurricane Ida.

**16.**

The steady supply of fuel by Stone Oil to its customers throughout the maritime and oil and gas industries, as well as to first responders and community businesses, is critical to hurricane recovery up and down the river and along the Gulf Coast. As a result, in the days immediately following Hurricane Ida, Stone

Oil was faced with an immediate and urgent need for an emergency supply of diesel fuel.

**17.**

On September 4, 2021, Scott Grant of Stone Oil contacted Grant Nungesser of SO Trading, LLC d/b/a Source Oil Trading, LLC and/or TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply in an effort to fulfill Stone Oil's emergency fuel needs.

**18.**

At all times pertinent, Mr. Nungesser was acting as an agent of Source Oil, with full authority and approval to bind Source Oil to the resulting fuel sale contract.

**19.**

On September 4, 2021, Mr. Nungesser represented to Stone Oil that Source Oil had diesel fuel available to sell to Stone Oil and the parties began to negotiate the sale.

**20.**

Mr. Grant communicated to Mr. Nungesser that Stone Oil needed to purchase the fuel on an emergency basis and that time of delivery was of utmost importance.

**21.**

The parties each had conditions upon which the sale was to be based: (1) Stone Oil required that the diesel fuel contain less than 15 parts per million ("ppm") of sulfur; (2) Stone Oil required that the fuel be delivered within 48 hours of payment to fulfill its emergency need for fuel; and (3) Source Oil required that the full purchase price be wired in advance of the transfer of the fuel to Stone Oil. On September 4, 2021, Mr. Nungesser provided Stone Oil with a "spec sheet" indicating that the diesel fuel to be sold to Stone Oil was "within spec", containing less than 15 ppm of Sulfur.

**22.**

Mr. Nungesser specifically assured Stone Oil that he had contacted International-Matex Tank Terminal ("IMTT") and that IMTT had generator power and was able to conduct the fuel transfer. Mr. Nungesser confirmed that Source Oil would be able to transfer the fuel to Stone Oil's barge at the IMTT  bulk liquid storage facility on the Mississippi River in St. Rose, Louisiana within 48 hours of payment by Stone Oil.

**23.**

On September 4, 2021, Source Oil agreed to sell, and Stone Oil agreed to purchase 1,470,000 gallons of diesel fuel, containing less than 15 ppm of Sulfur, at

a cost of $2.3254 per gallon, prepaid in full and with delivery to the Barge S-29 to take place within 48 hours of payment at IMTT in St. Rose.

**24.**

On September 7, 2021, Stone Oil requested that Mr. Nungesser provide an invoice reflecting the total sale price and wiring instructions. Mr. Nungesser provided Source Oil's invoice in the amount of $3,418,338.00 and wiring instructions identifying Alex Alonso (aka Raul Alonso) as the primary contact and managing member of Source Oil.  Mr. Nungesser again agreed that the fuel would be delivered to Stone Oil within 48 hours of payment.

**25.**

On September 7, 2021, Stone Oil wired $3,418,338.00 to Source Oil's Bank of America account at 11:58 a.m. The wired funds were received in Source Oil's account at 12:05 p.m. on September 7, 2021.

**26.**

Later on September 7, 2021, Stone Oil's barge arrived at IMTT in St. Rose. Stone Oil was informed by IMTT that IMTT did not have any fuel orders for Stone Oil.

**27.**

IMTT further informed Stone Oil that IMTT did not have power and could not transfer fuel to barges, contrary to the representations and assurances made

by Source Oil to secure the sale and relied upon by Stone Oil in agreeing to the sale.

**28.**

On September 7, 2021 at 1:23 p.m., Stone Oil notified Mr. Nungesser via email that "We [Stone Oil and the Barge S-29] are at St. Rose and they do not have our orders for us nor do they have power to load us."

**29.**

Mr. Nungesser replied "I noted that it could take up to 48 hours no longer before it could be loaded. I will let you know the load time when I get it."

**30.**

48 hours later, on Thursday, September 9, 2021, the fuel was still not available for delivery. Stone Oil attempted to contact Source Oil repeatedly to no avail. Eventually Mr. Nungesser emailed Stone Oil and stated, "the trader wants to speak with you, can he call you right now?"

**31.**

Shortly thereafter, on September 9, 2021, Stone Oil received a phone call from Raul Alonso a/k/a Alex Alonso, the owner and/or managing member of Source Oil. Mr. Alonso advised Stone Oil that the fuel was not "within spec" as the parties had agreed upon, and that the Sulfur level was recorded at over 600

ppm. Mr. Alonso stated to Stone Oil that the fuel would be brought within spec and available within 48 hours, or by Saturday September 11, 2021.

**32.**

The delivery of the fuel to the Barge S-29 within 48 hours of payment was a condition precedent to the sale, a condition that Source Oil repeatedly represented it would meet. On Monday, September 13, 2021, Source Oil still had not delivered the fuel which was supposed to have been delivered no later than mid-day on September 9, 2021. Further, by that time, Stone Oil mitigated its damages and obtained fuel from its ordinary sources.

**33.**

Stone Oil filed its Original Complaint on September 17, 2021 (Exhibit "A").

**34.**

The parties continued to negotiate a resolution and Stone Oil eventually agreed to accept delivery of the fuel to the Barge S-29 at the IMTT terminal despite Source Oil's breach of the fuel sale contract.

**35.**

On October 5, 2021, transfer of the diesel fuel to the Barge S-29 commenced at IMTT. Loading was completed on October 6, 2021.

**36.**

After final third-party fuel meter calculations, the total amount of fuel transferred from Source Oil to Stone Oil was 1,360,722 gallons. Thus, the transfer was short 109,278 gallons of the purchased and paid for amount of 1,470,000 gallons.

**37.**

Stone Oil prepaid for 1,470,000 gallons of diesel fuel at the price of $2.3254, for a total pre-paid purchase price of $3,418,338.00.

**38.**

Stone Oil received 1,360,722 gallons of diesel fuel, a difference of 109,278 gallons at a price of $2.3254 per gallon.

**39.**

Stone Oil is entitled to a partial refund in the amount of $254,115.06 (109,278 gallons at $2.3254/gallon).  Stone Oil has made amicable demand on Source Oil for the partial refund to which it is entitled, to no avail. Source Oil has refused without basis to refund Stone Oil for fuel that was not delivered.

**APPLICATION FOR SUPPLEMENTAL RULE B RELIEF**

**40.**

Plaintiff adopts and re-allege all allegations set forth in paragraphs 1 through 39 above.

**41.**

The requirements of Supplemental Rule B are met. First, Stone Oil has a valid maritime claim against Source Oil, *i.e.*, a claim for breach of the aforementioned contract for the provision of marine fuel to Stone Oil and the Barge S-29, which is a maritime contract.

**42.**

Second, SO Trading, LLC d/b/a Source Oil Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply cannot be found within the District. (*See* attached Attorney's Declaration that Defendants Cannot Be Found Within the District, Exhibit "C").

**43.**

Third, upon information and belief, Source Oil has, or soon will have, property located within the District. More particularly, upon information and belief, garnishee, Bank of America possesses property of Source Oil in the form of assets including but not limited to, certain funds, held in the Account, including, but not limited to, the $3,418,338.00 that Stone Oil wired to Source Oil for the purchase of the marine fuel that was not timely delivered by Source Oil to the Barge S-29 and/or the $254,115.06 that Source Oil owes Stone Oil as a partial refund.

**44.**

Fourth, there is no statutory bar to recovery.

**45.**

Accordingly, Stone Oil seeks jurisdiction over Source Oil through attachment of their property within this District pursuant to the process of maritime attachment and garnishment to be issued against such property pursuant to Supplemental Rule B in order to secure its claims pending in the U.S. District Court for the Eastern District of Louisiana in the amount of $254,115.06 plus interest.

**46.**

Stone Oil agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of Source Oil's property, including, but not limited to, any funds held by Bank of America on behalf of Source Oil.

**WHEREFORE, PREMISES CONSIDERED**, John W. Stone Oil Distributor, LLC prays:

A)     That process in due form of law according to the practice of this Honorable Court issue against Defendants, SO Trading, LLC d/b/a Source Oil

Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply and Garnishee, Bank of America Corporation, citing them to appear and answer all and singular the matters aforesaid;

B)    That this Court issue an Order directing the Clerk of Court to issue process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Admiralty Rules of Procedure over all of Source Oil's tangible or intangible property in this district due, owing, or otherwise claimed as property of SO Trading, LLC d/b/a Source Oil Trading, LLC and TXSO Companies, Inc., d/b/a Source Oil Companies, Inc. d/b/a Source Oil & Asphalt Supply, including, but not limited to, any funds held by Bank of America Corporation on behalf of Defendants;

C)    That as soon as practical following the attachment and/or seizure of Defendants' property, goods, chattels, credits and/or effects herein, a further hearing be held by this Court to hear any objections Defendants may have to the attachments and/or seizures herein;

D)    That this Court retain jurisdiction over the claims of John W. Stone Oil Distributor, LLC against Defendants, and any attached property pending the outcome of the claims currently proceeding in the U.S. District Court for the Eastern District of Louisiana;

E)      That a judgment be entered in favor of John W. Stone Oil Distributor, LLC in the amount of its claims, together with interest, costs and reasonable attorneys' fees incurred by John W. Stone Oil Distributor, LLC, and that a decree of condemnation issue against the property of Defendants for the amount of Stone Oil, LLC's claims, with interest, reasonable attorneys' fees and costs; and

F)      That John W. Stone Oil Distributor, LLC may have such other and further relief as the justice of this cause may require.

Dated:          November 18, 2021               Respectfully submitted,

**(*Pro Hac Vice* Motions Forthcoming)**
Robert R. Johnston, T.A. (#22442)
Jacques P.  DeGruy (#29144)
Constance C. Waguespack (#36416)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Robert.Johnston@pjgglaw.com
Jacques.DeGruy@pjgglaw.com
Constance.Waguespack@pjgglaw.com
Courtney.Crowell@pjgglaw.com
*Attorneys for Plaintiff, John W. Stone Oil Distributor, L.L.C.*

**SHUTTS & BOWEN LLP**
*Attorneys for Plaintiff, John W. Stone Oil Distributor, L.L.C.*
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL  33607
Tel: (813) 229-8900
Fax: (813) 229-8901

By: */s/ Christopher F. Hamilton*
**Christopher F. Hamilton**
Florida Bar No. 98527
chamilton@shutts.com
doneal@shutts.com
**Melodie Khosrovani**
Florida Bar No. 1017221
mkhosrovani@shutts.com
tmcdonald@shutts.com